THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER KOLADISH, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted January 4, 1939; decided January 18, 1939.

*Alexander Koladish,* in person, for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Patrick H. Clune* and *Edward T. Boyle* of counsel), for respondent.

Order affirmed on the authority of *People* v. *Coleman* (264 N. Y. 536). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.